166 F.3d 1204
 1999-1 Trade Cases P 72,417
 Kenneth Boyce, d/b/a Mac's Shark River Tackle d/b/a Shark
River Mail Order, Susan Boyce, d/b/a Mac's Shark River
Tackle d/b/a Shark River Mail Order, Monroe Boyce, d/b/a
Mac's Shark River Tackle d/b/a Shark River Mail Order
v.
Penn Fishing Tackle Mfg., Co., a/k/a Penn Reels Internatl.,
N.J.F. Publishing Corporation, Icn., Nicholas-Shea
Company, Inc.
 NO. 97-5636\
 United States Court of Appeals,
Third Circuit.
 August 21, 1998
 
 1
 Appeal From: D.N.J.
 
 
 2
 Affirmed.